ORIGINAL

1  DEAN BROWNING WEBB, ESQUIRE
   ATTORNEY AND COUNSELOR AT LAW
2  THE LAW OFFICES OF DEAN BROWNING WEBB
   8002 N.E. HIGHWAY 99, SUITE 256
3  VANCOUVER, WASHINGTON ZIP CODE 98665-8833

4  TELEPHONE: [503] 629-2176
   FACSIMILE: [503] 629-9527
5
6  JOSEPH L. PITTERA, ESQUIRE
   THE LAW OFFICES OF JOSEPH L. PITTERA
   2214 TORRANCE BOULEVARD, SUITE 101
7  TORRANCE, CALIFORNIA 90501

8  TELEPHONE: [310]-328-3588
   FACSIMILE: [310]-328-3063
9

FILED
JAN 9 2003
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ENTERED
JAN 10 2003

10  ATTORNEYS AND COUNSELORS AT LAW FOR PLAINTIFF:

11  DEUTSCHE INTERNATIONAL 1, LLC, a Georgia limited liability company

12

13  UNITED STATES BANKRUPTCY COURT

14  CENTRAL DISTRICT OF CALIFORNIA

15  RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: JOHN C. JEFFERS,<br><br>               Debtor.<br>_____<br>DEUTSCHE INTERNATIONAL 1,<br>LLC, a Georgia limited liability<br>company,<br><br>               Plaintiff,<br><br>vs.<br><br>J.C. JEFFERS, an individual<br>J.C. JEFFERS & CO., an assumed<br>business name; JOHN C. JEFFERS,<br>dba J.C. JEFFERS & COMPANY;<br>STRUCTURAL COMPONENTS, | CASE NO.: 02-21467 DN<br><br>CHAPTER 11<br><br>ADV. PROC. NO.: RS 02-1567 DN<br><br>**FINAL JUDGMENT**:<br><br>IN FAVOUR OF DEUTSCHE INTERNATIONAL 1, LLC, a Georgia limited liability; ENTRY OF JUDGMENT OF NON DISCHARGEABILITY PURSUANT TO TITLE 11 U.S.C. §§ 523(a)(2)(B)(i)-(iv), (a)(3)-(a)(4) **RE**: FEDERAL RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][18 U.S.C. §§ 1961 et.seq.] |

FINAL JUDGMENT **RE**: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) **RE**: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] **RE**: RICO PRIMARY, AIDING and ABETTING, *RESPODNEAT SUPERIOR*, and *PINKERTON – SALINAS – BECK* RICO § 1962(d) CONSPIRACY

|   |   |
|---|---|
| INC., a California corporation; and, CENTURY SECURITIES, LTD., a foreign corporation,<br><br>Defendants. | **CONFERENCE DATE:**<br>DATE: 19 DECEMBER 2002<br>TIME:  9:00 A.M.<br>ROOM: COURTROOM 304 |

The United States Bankruptcy Court for the Central District of California, Riverside Division, the Honourable David Naugle presiding, on Thursday, 19 December 2002, at 9:00 a.m., at Courtroom 304, United States Bankruptcy Court, 3420 Twelfth Street, Riverside, CA. 92501, convened the previously scheduled status conference in these adversary proceedings.

Plaintiff Deutsche International 1, LLC, a Georgia limited liability company, and David Rapaport, the managing member of Deutsche International 1, LLC, a Georgia limited liability company, appearing by and through their attorneys and counselors of record, Dean Browning Webb, attorney and counselor at law, and Joseph L. Pittera, Esq., and William H. Randall, Esq., appearing on behalf of John C. Jeffers, J.C. Jeffers & Co., an assumed business name, J.C. Jeffers & Co., a California corporation, John C. Jeffers dba J.C. Jeffers & Co., Structural Components, Inc., a California corporation, and, Century Securities, Ltd., a foreign corporation, and,

This Honourable Court duly noting that debtor /defendants John C. Jeffers, J.C. Jeffers & Co., an assumed business name, J.C. Jeffers & Co., a California corporation, John C. Jeffers dba J.C. Jeffers & Co., Structural Components, Inc., a California corporation, and, Century Securities, Ltd., a foreign corporation, hereby previously adjudicated in default, entered 3 December 2002, for failure and/or refusal to respond and/or otherwise answer the adversary proceeding instituted by plaintiff

FINAL JUDGMENT *RE*: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *RE*: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] *RE*: RICO PRIMARY, AIDING and ABETTING, *RESPODNEAT SUPERIOR*, and *PINKERTON - SALINAS - BECK* RICO § 1962(d) CONSPIRACY

2

1  on 17 October 2002 by filing a complaint *re*: non dischargeability pursuant to Title 11 United States Code §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *re*: federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.],

and this Honourable Court having been duly advised in the premises, and being provided with a sworn declaration under penalty of perjury by David Rapaport in support of the request for Judgment prove up, including having received a *certified copy* of the Judgment entered in favour of Deutsche International 1, LLC, a Georgia limited liability company, by the Clerk of the Court, Superior Court of the State of California for the County of Los Angeles, *Deutsche International 1, LLC, a Limited Liability Company v. J.C. Jeffers & Company; J.C. Jeffers, an Individual, also known and doing business as John C. Jeffers, J.C. Jeffers & Company, Century Securities, Ltd., and Structural Company, Inc.; Century Securities, Ltd.; and Does 1 through 100, Inclusive,* L.A.S.C. Case No.: BC 238 227, ["California State Action"],

and this Honourable Court having considered the books, records, and files herein,

///
///
///
///
///
///

FINAL JUDGMENT *RE*: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *RE*: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] *RE*: RICO PRIMARY, AIDING and ABETTING, *RESPODNEAT SUPERIOR*, and *PINKERTON – SALINAS – BECK* RICO § 1962(d) CONSPIRACY

3

**GOOD CAUSE APPEARING THEREFORE,**

*IT IS HEREBY ORDERED, ADJUDGED, and DECREED that* Judgment in favour of Deutsche International 1, LLC, a Georgia limited liability *re*: non dischargeability pursuant to Title 11 United States Code §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *re*: federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.], be, and is hereby ordered to be,

**GRANTED.**

*AND IT IS FURTHERMORE ORDERED, ADJUDGED, and DECREED that* Judgment in favour of Deutsche International 1, LLC, a Georgia limited liability company, be, and is hereby ordered to be, *re*: non dischargeability pursuant to Title 11 United States Code §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *re*: federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.], entered against debtor /defendants John C. Jeffers, J.C. Jeffers & Co., an assumed business name, J.C. Jeffers & Co., a California corporation, John C. Jeffers dba J.C. Jeffers & Co., and, Century Securities, Ltd., a foreign corporation, jointly and severally,

FINAL JUDGMENT *RE*: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *RE*: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] *RE:* RICO PRIMARY, AIDING and ABETTING, *RESPODNEAT SUPERIOR,* and *PINKERTON – SALINAS – BECK* RICO § 1962(d) CONSPIRACY

***AND IT IS FURTHERMORE ORDERED, ADJUDGED, and DECREED*** *that* Structural Components, Inc., a California corporation, is, and is hereby ordered to be, dismissed without prejudice from these proceedings inasmuch as Structural Components, Inc., a California corporation is not a party defendant subject to the judgement previously entered in the California State Action,

***AND IT IS FURTHERMORE ORDERED, ADJUDGED, and DECREED*** *that* Judgment in favour of Deutsche International 1, LLC, a Georgia limited liability company be, and is hereby ordered to be, *re*: non dischargeability pursuant to Title 11 United States Code §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *re*: federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.], entered against debtor/defendants John C. Jeffers, J.C. Jeffers & Co., an assumed business name, J.C. Jeffers & Co., a California corporation, John C. Jeffers dba J.C. Jeffers & Co., and, Century Securities, Ltd., a foreign corporation, jointly and severally, as follows:

| | | | |
|---|---|---|---|
| A. | Principal amount of Judgment: | $ | 41,400,000.00 |
| B. | Attorneys' Fees: | $ | 3,000.00 |
| D. | Costs: | $ | 400.00 |
| | **TOTAL JUDGMENT**: | $ | **41,403,400.00** |

***AND IT IS FURTHERMORE ORDERED, ADJUDGED, and DECREED*** *that* Deutsche International 1, LLC, a Georgia limited liability company be, and is hereby ordered to be, allowed and permitted to engage in aid in

FINAL JUDGMENT *RE*: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *RE*: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] *RE*: RICO PRIMARY, AIDING and ABETTING, ***RESPODNEAT SUPERIOR***, and ***PINKERTON – SALINAS – BECK*** RICO § 1962(d) CONSPIRACY

1 | execution of Judgment against debtor/defendants John C. Jeffers, J.C. Jeffers &
2 | Co., an assumed business name, J.C. Jeffers & Co., a California corporation, John
3 | C. Jeffers dba J.C. Jeffers & Co., and, Century Securities, Ltd., a foreign
4 | corporation, jointly and severally,

*IT IS SO ORDERED, ADJUDGED, and DECREED.*

Dated: ~~19 December 2002~~
JAN - 9 2003

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

*[signature]*

THE HONOURABLE DAVID NAUGLE
UNITED STATES BANKRUPTCY JUDGE

Presented by:

DEAN BROWNING WEBB
ATTORNEY AND COUNSELOR AT LAW

*[signature]*

ATTORNEYS FOR PLAINTIFF:
DEUTSCHE INTERNATIONAL 1, LLC,
a Georgia limited liability company

FINAL JUDGMENT *RE*: TITLE 11 UNITED STATES CODE §§ 523(a)(2)(B)(i)-(iv), (a)(3), and (a)(4) *RE*: RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT OF 1970 ["RICO"][TITLE 18 UNITED STATES CODE §§ 1961 et.seq.] *RE*: RICO PRIMARY, AIDING and ABETTING, *RESPODNEAT SUPERIOR*, and *PINKERTON – SALINAS – BECK* RICO § 1962(d) CONSPIRACY

6

| In re                          |              | Chapter 11              |
|--------------------------------|--------------|-------------------------|
| JOHN C. JEFFERS                | Debtor(s).   | Case No. RS 02-21467 DN |

| DEUTSCHE INTERNATIONAL 1, LLC    Plaintiff(s), |                 | Adv. No. RS 02-1567 DN |
| vs.                                            |                 |                        |
| J.C. JEFFERS, etc., et al.                     | Defendant(s).   |                        |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST LISTED BELOW OR ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(1)(a)(v), that a judgment or order entitled (specify):

   FINAL JUDGMENT

   was entered on (specify date): JAN 10 2003

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities named below or on the attached service list on (specify date):

Dated: JAN 10 2003

                                        JON D. CERETTO
                                        Clerk of the Bankruptcy Court

                                        By /s/ [signature]
                                            Deputy Clerk

Dean Browning Webb, Esq.                U.S. Trustee
8002 N.E. Highway 99, Suite 256         3685 Main Street
Vancouver, WA 98665-8833                Suite 300
                                        Riverside, CA 92501
Joseph L. Pittera, Esq.
2214 Torrance Boulevard
Suite 101
Torrance, Ca 90501

William H. Randall, Esq.
1442 Irvine Boulevard
Suite 111
Tustin, CA 92780

R. Todd Nielson, Trustee
10100 Santa Monica Boulevard
Suite 410
Los Angeles, CA 90067