# UNITED STATES BANKRUPTCY COURT
## Central District of California

| Debtor(s) Name: | For Court Use Only |
|---|---|
| **Plaintiff** <br> **DEUTSCHE INTERNATIONAL 1 LLC** | **FILED** <br> **MAR 04 2003** <br> CLERK U.S. BANKRUPTCY COURT <br> CENTRAL DISTRICT OF CALIFORNIA <br> BY   PAR   DEPUTY CLERK |
| **Defendant** <br> **JEFFERS, J C** | |

| | |
|---|---|
| **Chapter:** 11 <br> **Case Number:** RS02-21467-DN <br> **Adversary Number:** RS02-01567-DN | **ORDER CLOSING ADVERSARY PROCEEDING** |

The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding.  Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.

*By Order of the United States Bankruptcy Court*

**Date:** 03/04/2003

**Jon D. Ceretto**
*Clerk of Court*

*21 /PAR*