DEAN BROWNING WEBB, ESQUIRE
ATTORNEY AND COUNSELOR AT LAW
THE LAW OFFICES OF DEAN BROWNING WEBB
8002 N.E. HIGHWAY 99, SUITE 256
VANCOUVER, WASHINGTON ZIP CODE 98665-8833

TELEPHONE: [503] 629-2176
FACSIMILE:  [503] 629-9527

JOSEPH L. PITTERA, ESQUIRE
THE LAW OFFICES OF JOSEPH L. PITTERA
2214 TORRANCE BOULEVARD, SUITE 101
TORRANCE, CALIFORNIA 90501

TELEPHONE: [310]-328-3588
FACSIMILE:  [310]-328-3063

ATTORNEYS AND COUNSELORS AT LAW FOR PLAINTIFF:

DEUTSCHE INTERNATIONAL 1, LLC, a Georgia limited liability company

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: JOHN C. JEFFERS,<br><br>Debtor.<br>_____<br>DEUTSCHE INTERNATIONAL 1, LLC, a Georgia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>J.C. JEFFERS, an individual J.C. JEFFERS & CO., an assumed business name; JOHN C. JEFFERS, dba J.C. JEFFERS & COMPANY; STRUCTURAL COMPONENTS, INC., a California corporation; and, CENTURY SECURITIES, LTD., a foreign corporation,<br><br>Defendants. | ) CASE NO.: 02-21467 DN<br>)<br>) CHAPTER 7<br>)<br>) ADV. PROC. NO.: RS 02-1567 DN<br>)<br>) ORDER TO SHOW CAUSE re:<br>) CIVIL CONTEMPT FOR REFUSAL<br>) AND FAILURE TO COMPLY WITH<br>) 1 JULY 2003 ORDER IMPOSING<br>) SANCTIONS FOR DISCOVERY<br>) ABUSE<br>)<br>)<br>) DATE:    10 FEBRUARY 2005<br>) TIME:    9:00 A.M.<br>) ROOM:    CTRM 304<br>)<br>)<br>) |

OSC RE: CIVIL CONTEMPT

TO: THE CLERK OF THE COURT, JOHN C. JEFFERS d.b.a. JOHN C. JEFFERS & COMPANY, CENTURY SECURITIES, LTD., and JOHN C. JEFFERS & COMPANY:

***PLEASE TAKE NOTICE THAT*** plaintiff Deutsche International 1, LLC, ["Deutsche"], a Georgia limited liability company, appearing by and through its attorneys and counselors of law, Dean Browning Webb, attorney and counselor at law, and Joseph L. Pittera, Esq., shall appear, on 10 February 2005, at 9:00 a.m., before the Honourable David Naugle, United States Bankruptcy Court, 3420 Twelfth Street, Courtroom 304, Riverside, CA. 92501, and move for entry of an order of civil contempt against John C. Jeffers d.b.a. John C. Jeffers & Company arising from Jeffers' adamant and persistent refusal and failure to comply with the entered Court Order of 1 July 2003 imposing monetary sanctions in the amount of $3,323.65 for attorneys' fees and costs incurred in bringing the FRCP 37 compel motion resulting with the ordered deposition of John C. Jeffers on 16 June 2003. Based upon Jeffers's previous demonstrated penchant of refusal to cooperate, counsel reasonably apprehends that this Court Order, too, shall be summarily disregarded by the debtor.

Counsel for plaintiff previously filed and argued an OSC re: civil contempt on 26 August 2003, petitioning this Honourable Court for the relief requested. This Honourable Court denied the OSC without prejudice to be renewed after Jeffers' conviction and sentencing in ***United States of America v. John C. Jeffers and John Minderhout,*** U.S,D.C. C.D. Calif., ED CR 02-93 RT, United States District Court for the Central District of California, October 2001 Grand Jury, charging John C. Jeffers and John Minderhout, with 46 counts of contravening Title 18 U.S.C. §§ 2 [aiding and abetting], 1341 [mail fraud], 1343 [wire fraud], 1956 [promotional money laundering], and 1957 [transactional money laundering]["Federal Indictment"]. A first superceding indictment was issued 2 October 2002, increasing

1 the counts to 80.

2     A review of the docket sheet in the federal prosecution case reveals that
3 Jeffers entered a plea of guilty in July, 2004, to three counts of money laundering.
4 The District Court has calendared sentencing of Jeffers on 10 January 2005. Upon
5 the imposition of sentence upon Jeffers, the Fifth Amendment Self Incrimination
6 Privilege Clause is extinguished and therefore inapplicable.

7     Counsel for plaintiff specifically incorporates herein by reference, pursuant
8 to FRCP 10©), the previously filed and served OSC re: civil contempt argued on
9 26 August 2003.

11 Dated: 18 December 2004.

DEAN BROWNING WEBB
ATTORNEY AND COUNSELOR AT LAW

by: _____
DEAN BROWNING WEBB
ATTORNEYS FOR PLAINTIFF:
DEUTSCHE INTERNATIONAL 1, LLC,
a Georgia limited liability company

3   OSC RE: CIVIL CONTEMPT